July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CONNOR R. BLAND, Appellant

NO. 14-12-01057-CV                 V.

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Texas Department of Public Safety, signed September 24, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Connor R. Bland to pay all costs incurred in this appeal. We further order this decision certified below for observance.